**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**TERRY M. BURDICK,**
                **Plaintiff,**

        **v.**                                         **CIVIL ACTION NO.**
                                                       **22-cv-11993-AK**

**MAIL OFFICER at the B.C.C.F.**
**(both official and individual capacity),**
                **Defendant.**

## ORDER

1.        Plaintiff Terry M. Burdick's ("Burdick") motion for leave to proceed *in forma pauperis* (ECF No. 2) is held in abeyance subject to the filing of a complete six month account statement for the period of six months prior to November 16, 2022, by **February 28, 2023**.  The Court needs a complete account statement so that it may properly assess an initial partial filing fee pursuant to 28 U.S.C. § 1915(b)(1).

2.        As an initial matter, Burdick's complaint is not signed, and will be stricken if a signed version or a signed amended complaint is not filed by **February 28, 2023**.  See Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed . . . by a party personally if the party is unrepresented. . . The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . party's attention.").  The Court observes that while Burdick's use of a title to name the defendant is not favored, this may be a situation where the identity of an alleged defendant cannot be known prior to the filing of a complaint. See Martínez-Rivera v. Ramos, 498 F.3d 3, 8 (1st Cir. 2007).  If Burdick now knows the name of the defendant, he should file an amended complaint that identifies the defendant or defendants.  If Burdick is not able to identify the defendant or defendants in the new filing, the Court will not issue summonses until the identification is learned through discovery or otherwise, because the Court cannot summons an unidentified individual.

3.      Once an operative complaint is before the Court, this action will be further screened

pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A.

4.      Failure to comply with this Order will likely result in dismissal of this action.

**So Ordered.**

DATE: January 31, 2023                                     ___/s/ Angel Kelley_____
                                                          **UNITED STATES DISTRICT JUDGE**